```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

TIRANJA SMITH,                          *
                                        *
    Plaintiff,                          *
                                        *
vs.                                     *   Civil Action No. 06-00818-B
                                        *
MICHAEL J. ASTRUE,                      *
Commissioner of                         *
Social Security,                        *
                                        *
    Defendant.                          *

## JUDGMENT

In accordance with the Order entered on August 18, 2008, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for supplemental security income, be **AFFIRMED.**

**DONE** this the **19th** day of **August, 2008.**

                                                    /s/ SONJA F. BIVINS
                                           **UNITED STATES MAGISTRATE JUDGE**